**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 24, 2019.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-17-00972-CV

---

## MARIA H. MARTINEZ AND ANGEL MARTINEZ, Appellants

## V.

## VICENTE LOPEZ RAMIREZ, Appellee

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-50691**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 12, 2017. On August 31, 2018, the parties filed a joint motion to dismiss the case with prejudice. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the judgment of the trial court is vacated, and the case is dismissed with prejudice.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.